## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Amanda Decker

                      Plaintiff,

v.                                              Case No.: 1:17–cv–04152
                                              Honorable Manish S. Shah

Receivables Performance Management, LLC

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2019:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff voluntarily dismissed Counts 1 and 3 with prejudice, the court granted summary judgment in favor of defendant in part on Count 2, and plaintiff accepted defendant's offer of judgment on the remainder of Count 2. All claims having been resolved, the clerk shall enter a final judgment as follows: Judgment in favor of defendant and against plaintiff on Counts 1, 3, and Count 2 insofar as that count is premised upon a violation of 15 U.S.C. § 1692g; and judgment in favor of plaintiff and against defendant on Count 2 insofar as that count is premised upon a violation of 15 U.S.C. §1692d, in the amount of $2,501. Any petitions for fees and costs shall be presented as post–judgment requests under Fed. R. Civ. P. 54(d) and Local Rules 54.1 and 54.3. Enter judgment and terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.