# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Amanda Decker,

Plaintiff,

v.

Receivables Performance Management, LLC,

Defendant.

Case No. 17-cv-04152
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

   which ☐ includes          pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment in favor of defendant and against plaintiff on Counts 1, 3, and Count 2 insofar as that count is premised upon a violation of 15 U.S.C. § 1692g; and judgment in favor of plaintiff and against defendant on Count 2 insofar as that count is premised upon a violation of 15 U.S.C. §1692d, in the amount of $2,501.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 7/24/2019                    Thomas G. Bruton, Clerk of Court

/s/Susan McClintic , Deputy Clerk