AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

AMANDA DECKER, an individual,                   ))
                                                ))
v.                                              )      Case No.: 1:17-cv-04152
RECEIVABLES PERFORMANCE MANAGEMENT,
LLC, a Washington corporation,

## BILL OF COSTS

Judgment having been entered in the above entitled action on   July 24, 2019   against  Plaintiff and Defendant
                                                               *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................ $ | 0.00 |
| Fees for service of summons and subpoena ......................................................................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............ | 2,152.55 |
| Fees and disbursements for printing ..................................................................................... | 1.36 |
| Fees for witnesses *(itemize on page two)* .............................................................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................................................. | |
| Docket fees under 28 U.S.C. 1923 ....................................................................................... | |
| Costs as shown on Mandate of Court of Appeals ................................................................. | |
| Compensation of court-appointed experts.............................................................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... | |
| Other costs *(please itemize)* ............................................................................................... | 86.88 |
| TOTAL $ | 2,240.79 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒  Electronic service                    ☐  First class mail, postage prepaid

☐  Other:  _____

s/ Attorney:   s/ Sean P. Flynn

Name of Attorney:  Sean P. Flynn

For:  Defendant, Receivables Performance Management, LLP                    Date:  August 23, 2019
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

_____        By: _____        _____
      *Clerk of Court*                              *Deputy Clerk*                          *Date*



AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | | | 0.00 |
| | | | | | **TOTAL** | | 0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

American LegalNet, Inc.
www.FormsWorkFlow.com 

RPMT-1139985 Decker, Amanda v. RPM

Cost Detail
As of 7/29/19

| Incur Date | Billed Cost | Bill Num. | Bill Date | Cost Code | Narrative |
|---|---|---|---|---|---|
| 7/4/2018 | 848.80 | 20561480 | 8/24/2018 | Deposition Transcripts -200 | VENDOR: EcoScribe, LLC INVOICE#: 57447 DATE: 7/4/2018    - 2004 - Deposition Transcripts - Deposition of Christopher Vittoz/S Flynn/N Evan |
| | | | | | VENDOR: Veritext INVOICE#: OC3248816 DATE: 2/20/2018    - 2004 - Deposition Transcripts - Certified Transcript of Deposition of Amanda Decker Taken on 2/6/2018/S |
| 2/20/2018 | 1,264.95 | 20535315 | 5/21/2018 | Deposition Transcripts -200 | Flynn/N Evans |
| | | | | | VENDOR: Federal Express Corporation INVOICE#: 626544833 DATE: 8/3/2018    FedEx service for 626544833,782086702794,Delivery service fees of 28.86 to Hon  Manish |
| 7/31/2018 | 28.86 | 20561480 | 8/24/2018 | Messenger Service -2013 | Shah, 219 S DEARBORN ST STE 1720/CHICAGO IL 60604 re: 3642/Decker, Amanda v. RPM |
| | | | | | VENDOR: Federal Express Corporation INVOICE#: 617178056 DATE: 5/4/2018    FedEx service for 617178056,780758238147,Delivery service fees of 53.89 to Hon Manish |
| 4/30/2018 | 53.89 | 20535315 | 5/21/2018 | Messenger Service -2013 | Shah, 219 S DEARBORN ST/CHICAGO IL 60604 re: 3642/Decker, Amanda v. RPM |
| 6/20/2018 | 1.84 | 20551931 | 7/26/2018 | Postage7020 | [Pieces = 1] |
| 5/1/2018 | 0.47 | 20543488 | 6/28/2018 | Postage7020 | [Pieces = 1] |
| 11/30/2017 | 1.82 | 20497065 | 12/22/2017 | Postage7020 | [Pieces = 1] |
| 2/23/2018 | 1.36 | 20518397 | 3/19/2018 | Reproduction of Document | [Copy Count = 136] |
| | | | | | VENDOR: Colleen M. Conway, CSR, CRR, RMR INVOICE#: 20180013 DATE: 1/29/2018    - 2025 - Trial/Hearing Transcripts - Transcript fee for 1/11/2018 Status Hearing sd/S |
| 1/29/2018 | 38.80 | 20512457 | 2/28/2018 | Trial/Hearing Transcripts -2 | Flynn/ |
| | **2,240.79** | | | | |

| | |
|---|---|
| Transcripts | 2,152.55 |
| Printing | 1.36 |
| Messenger/Post | 86.88 |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 57447 | 7/4/2018 | 28170 |
| **Job Date** | **Cause No.** | |
| 5/25/2018 | 1:17-cv-04152 | |
| **Case Name** | | |
| Amanda Decker v Receivables Performance Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sean Flynn
Gordon Rees
2211 MICHELSON DR STE 400
IRVINE, CA 92612-1390

| TAKEN DEPOSITION OF: | | | | | |
|---|---|---|---|---|---|
| CHRISTOPHER VITTOZ | 186.00 | Pages | @ | 3.55 | 660.30 |
| Exhibit | 247.00 | Pages | @ | 0.50 | 123.50 |
| Archive CD/Electronic Delivery/Online Access | | | | 35.00 | 35.00 |
| Shipping and Handling | | | | 30.00 | 30.00 |
| | | | **TOTAL DUE  >>>** | | **$848.80** |

Thank you for your business! We now accept all major credit cards.
To make a payment via credit card please call us or fax in a completed CC form.

Invoices are due 30 days from billed date. Should we require a third party collection agency to collect
outstanding balance a 15% collection fee will apply.

For questions or disputes please contact us at (646) 862-1465 or email us at info@EcoScribeSolutions.com

**Tax ID:** 27-3455141

*Please detach bottom portion and return with payment.*

Sean Flynn
Gordon Rees
2211 MICHELSON DR STE 400
IRVINE, CA 92612-1390

| | | |
|---|---|---|
| Invoice No. | : | 57447 |
| Invoice Date | : | 7/4/2018 |
| **Total Due** | : | **$848.80** |

| | | | |
|---|---|---|---|
| Remit To: | **Eco Scribe, LLC** | Job No. | : | 28170 |
| | **34 Shunpike Road** | BU ID | : | E-Chicago |
| | **Suite 3-255** | Cause No. | : | 1:17-cv-04152 |
| | **Cromwell, CT 06416** | Case Name | : | Amanda Decker v Receivables Performance Management |

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Sean P. Flynn, Esq.<br>Gordon Rees Scully Mansukhani LLP<br>2211 Michelson Dr<br>Ste 400<br>Irvine, CA, 92612 | **Invoice #:** OC3248816<br>**Invoice Date:** 2/20/2018<br>**Balance Due:** $1,264.95 |

| | | | |
|---|---|---|---|
| **Case:** | Decker, Amanda v. Receivables Performance Management, LLC | **Client Billing Matter #:** | RPMT-1139985 |
| **Job #:** | 2805850 | Job Date: 2/6/2018 | Delivery: Normal | | |
| **Billing Atty:** | Sean P. Flynn, Esq. | | |
| **Location:** | Gordon & Rees Scully Mansukhani LLP | | |
| | One North Franklin | Suite 800 | Chicago, IL 60606 | | |
| **Sched Atty:** | Sean P. Flynn, Esq. | Gordon Rees Scully Mansukhani LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 178.00 | $881.10 |
| | Attendance Fee-Hrly | Hour | 4.50 | $225.00 |
| Amanda Decker | Exhibits | Per Page | 29.00 | $18.85 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,264.95 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,264.95 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services-services-information

DATE 4/27 AMOUNT 1,264.95
CM# RPMT 1139995
PRINT NAME S. Flynn
SIGNATURE

**THIS INVOICE IS 66 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.veritext.com** | **Please remit payment to:**<br>**Veritext**<br>P.O. Box 71303<br>**Chicago IL 60694-1303** | **Invoice #:** OC3248816<br>**Job #:** 2805850<br>**Invoice Date:** 2/20/2018<br>**Balance:** $1,264.95 |
|---|---|---|

114838

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

# Gordon & Rees LLP

| Invoice Number | Reference | Client-Matter |
|---|---|---|
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | Weight |
| Delivered | | |

626544833

FedEx Priority Overnight® (Code: ON)
782086702794
Tue, Jul 31 2018
Wed, Aug 01 2018 11:19 AM

RPMT 1139985 3642

3642
Leslie Handy
Gordon Rees Scully Mansukhani
Leslie Handy
2211 Michelson Drive
IRVINE, CA 92612 US

Receivables Performance Management,
LLC-Decker, Amanda v. RPM
RPMT-1139985
US Courthouse
Hon  Manish Shah
219 S DEARBORN ST STE 1720
CHICAGO, IL 60604 US
1.00Lbs

Shipping Charges: $ 28.86

# Gordon & Rees LLP

| **Invoice Number** | **Reference** | **Client-Matter** |
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | Weight |
| Delivered | | |

**617178056**

FedEx Priority Overnight® (Code: ON)
780758238147
Mon, Apr 30 2018
Tue, May 01 2018 10:41 AM

**RPMT 1139985 3642**

**3642**
Leslie Handy
Gordon Rees Scully Mansukhani
Leslie Handy
2211 Michelson Drive
IRVINE, CA 92612 US

**Receivables Performance Management,**
**LLC-Decker, Amanda v. RPM**
**RPMT-1139985**
Everett McKinley Dirksen US Co
Hon Manish Shah
219 S DEARBORN ST
CHICAGO, IL 60604 US
3.00Lbs

**Shipping Charges: $ 53.89**

*Shipment Receipt - Mon, May 7, 2018*

Postage

------------------------------------------
Report generated on: Aug 13 2019  2:52PM


-------------------------------------------------------------
POSTAGE CHARGES MANAGEMENT REPORT for bill number: 20551931


GORDON & REES

POSTAGE CHARGES REPORT BY MATTER NUMBER

clid       cmid       billnum      date        value
---------- ---------- ----------- ------------
------------------------------------------
RPMT       1139985    20551931     06/20/2018   1.84


----------------------------------------
1.84


Page 1

```
                             Postage

----------------------------------------
Report generated on: Aug 13 2019  2:53PM



------------------------------------------------------------
POSTAGE CHARGES MANAGEMENT REPORT for bill number: 20543488


                      GORDON & REES

        POSTAGE CHARGES REPORT BY MATTER NUMBER

clid       cmid       billnum      date        value
---------- ---------- ----------- ------------
----------------------------------------
RPMT       1139985    20543488     05/01/2018  0.47


----------------------------------------
0.47
```

Postage

----------------------------------------
Report generated on: Aug 13 2019  2:59PM


-------------------------------------------------------------
POSTAGE CHARGES MANAGEMENT REPORT for bill number: 20497065


GORDON & REES

POSTAGE CHARGES REPORT BY MATTER NUMBER

| clid | cmid | billnum | date | value |
|------|------|---------|------|-------|
| RPMT | 1139985 | 20497065 | 11/30/2017 | 1.82 |

----------------------------------------
1.82


Page 1

Reproduction of Documents

```
------------------------------------------
Report generated on: Aug 13 2019  2:56PM



--------------------------------------------------------
PHOTOCOPY MANAGEMENT REPORT for bill number: 20518397


                      GORDON & REES

        PHOTOCOPY USAGE REPORT BY MATTER NUMBER

clid        cmid        billnum      date        copies      value
----------  ----------  -----------  -----------  -----------
------------------------------------------
RPMT        1139985     20518397     02/23/2018   136         1.36


-----------
136


------------------------------------------
1.36
```

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20180013

**MAKE CHECKS PAYABLE TO:**

Sean P. Flynn
Gordon & Rees, L.L.P.-California
2211 Michelson Drive
Suite 400
Irvine, CA 92612

Phone: (949) 255-6999

*sflynn@grsm.com*

Colleen M. Conway, CSR, RMR, CRR
Official Court Reporter
219 South Dearborn Street
Room 1714
Chicago, IL 60604

Phone: (312) 435-5594

*colleen_conway@ilnd.uscourts.gov*

| CRIMINAL | [X] CIVIL | DATE ORDERED: 01-26-2018 | DATE DELIVERED: 01-29-2018 |
|---|---|---|---|

**Case Style:** 17 C 4152, Amanda Decker v Receivables Perf. Mgmt., LLC
1/11/18 transcript of proceedings before Hon. Manish S. Shah; T/O#29733
(Leslie)

PAYMENT DUE UPON RECEIPT - THANK YOU!

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 8 | 4.85 | 38.80 | | 0.90 | | | 0.60 | | 38.80 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 38.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $38.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: */s/ Colleen M. Conway, OCR* | DATE 01-29-2018 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com