# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMANDA DECKER,<br><br>    Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC.<br><br>    Defendant. | Case No: 17-cv-04152<br><br>Honorable Judge Manish S. Shah |

**DECLARATION OF MARWAN R. DAHER**

I, Marwan R. Daher, declare that I am an attorney at the law firm Sulaiman Law Group, Ltd., counsel for Amanda Decker ("Plaintiff") in this case. I am familiar with the facts set forth in this declaration.

1. I am over the age of 21, under no legal disability, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness I could and would testify to the following:

2. I am one of the attorneys for the Plaintiff in this case.

3. I have been admitted to the practice of law since 2017.

4. I am a member of good standing of the following Courts:

    - The United States District Court for the Northern and Southern Districts of Illinois
    - The United States District Court for the Northern and Southern Districts of Indiana
    - The United States District Court for the Eastern and Western Districts of Wisconsin
    - The United States District Court for the Eastern, Northern, Western, and Southern Districts of Texas
    - The United States District Court for the Northern District of Ohio
    - The United States District Court of Colorado

-1-

- State Courts of Illinois

5. I have substantial experience in representing consumers in claims brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Telephone Consumer Protection Act ("TCPA"), and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA").

6. I have represented over 450 consumers in cases filed in Illinois and other jurisdictions.

7. The rate that I billed per hour in this case is $275.00, which is justified by my experience, the nature and complexity of the cases I handle, and the relative risk involved in consumer cases.

8. The hourly rate of $275.00 that I billed in this case is consistent with that charged by attorneys practicing consumer law, as reported in the United States Consumer Law Attorney Fee Survey Report 2015-2016, ps. 27-29, 223-224, said Report being available online at https://www.nclc.org/images/pdf/litigation/tools/atty-fee-survey-2015-2016.pdf.

9. Courts using the US Consumer Law Attorney Fee Survey Report when deciding fee disputes in Consumer Law cases include the following: Decker v. Transworld Systems, Inc., 2009 WL 2916819 (N.D. Ill. 2009) (finding results in the United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix); Vahidy v. Transworld Systems, Inc., 2009 WL 2916825 (N.D. Ill. 2009) (finding results in the 2007 United States Consumer Law Attorney Fee Survey Report to be supported by the Laffey Matrix).

10. My hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 92% of the cases that I have filed.

11. The amount of hours I expended in this case is 24.8 hours, and I billed at the rate of $275.00, from the inception of the case to the present day.

12. The lodestar fee amount for the work I rendered is $6,820.00 (24.8 x $275.00).

13. I completely performed the services reflected above. The services performed were both reasonable and necessary to effectively represent my client.

14. I am seeking attorney's fees in the amount of $6,820.00. *See* attached Exhibit 2-A.

15. I have been annually recognized by Thomson Reuters as an Illinois Super Lawyer Rising Star from 2017 through the present.

16. I am familiar with the hourly rates of attorneys in this District that perform consumer work.

17. I have reviewed the time sheets for Mohammed Badwan and find the hours he expended in this case to be reasonable and necessary.

18. Mohammed Badwan's hourly rate of $425.00 is reasonable and consistent with his experience and skill level.

19. These requested attorney's fees were reasonable and the work expended was necessary to protect Ms. Decker's interests.

Pursuant to 28 U.S.C. § 1746(2), I, Marwan R. Daher, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2019            Respectfully Submitted,

                                        /s/ Marwan R. Daher

# Exhibit 2-A

| Bill Date | Dur/Qty | Bill Code | Description | Staff | Client | Hourly Rate | Total |
|---|---|---|---|---|---|---|---|
| 5/20/2017 | 0.8 | CONTINGENCY | Phone call with client | MRD | Amanda Decker | $275.00 | $220.00 |
| 5/24/2017 | 0.4 | CONTINGENCY | Phone call with client | MRD | Amanda Decker | $275.00 | $110.00 |
| 5/24/2017 | 3.4 | CONTINGENCY | Prepare Complaint | MRD | Amanda Decker | $275.00 | $935.00 |
| 6/30/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Stipulation to Extend Time | MRD | Amanda Decker | $275.00 | $27.50 |
| 6/30/2017 | 0.1 | CONTINGENCY | Review Defendant's Motion for Extension of Time | MRD | Amanda Decker | $275.00 | $27.50 |
| 7/1/2017 | 0.8 | CONTINGENCY | Review Defendant's Answer to Complaint | MRD | Amanda Decker | $275.00 | $220.00 |
| 8/1/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Joint Status Report | MRD | Amanda Decker | $275.00 | $27.50 |
| 8/1/2017 | 0.3 | CONTINGENCY | Review Joint Status Report | MRD | Amanda Decker | $275.00 | $82.50 |
| 8/3/2017 | 0.4 | CONTINGENCY | Prepare for Initial Status Hearing | MRD | Amanda Decker | $275.00 | $110.00 |
| 8/4/2017 | 2 | CONTINGENCY | Appear for Initial Status Hearing | MRD | Amanda Decker | $275.00 | $550.00 |
| 8/7/2017 | 2.8 | CONTINGENCY | Prepare Discovery Requests to Defendant | MRD | Amanda Decker | $275.00 | $770.00 |
| 8/9/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn with Subpoena to LiveVox | MRD | Amanda Decker | $275.00 | $27.50 |
| 8/15/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re available dates | MRD | Amanda Decker | $275.00 | $27.50 |
| 8/15/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re facts of case | MRD | Amanda Decker | $275.00 | $27.50 |
| 8/15/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re facts of case | MRD | Amanda Decker | $275.00 | $27.50 |
| 8/30/2017 | 0.1 | CONTINGENCY | Review email response from LiveVox counsel re document production | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/5/2017 | 0.1 | CONTINGENCY | Reviewed email from Sean Flynn re discovery requests and notice of deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/19/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn with Plaintiff's demand | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/19/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re amending of the complaint | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/19/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re settlement demand | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/19/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Notice of Deposition objections | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/20/2017 | 0.1 | CONTINGENCY | Reviewed email from Sean Flynn re discovery responses | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/20/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re amending of the complaint | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/21/2017 | 1 | CONTINGENCY | Rule 37 Meet and Confer re Deposition Topics | MOB | Amanda Decker | $425.00 | $425.00 |
| 9/21/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re document production | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/23/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re proposed protective order | MRD | Amanda Decker | $275.00 | $27.50 |
| 9/25/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re verification of discovery responses | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/2/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re extension of time for discovery | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/12/2017 | 0.1 | CONTINGENCY | Review Plaintiff's Verizon Call Records | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/13/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re initial response to settlement demand | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/16/2017 | 5.8 | CONTINGENCY | Prepare Plaintiff's responses to Defendant's discovery requests; confer with client re: same | MRD | Amanda Decker | $275.00 | $1,595.00 |
| 10/20/2017 | 2 | CONTINGENCY | Appear for Status Hearing | NCV | Amanda Decker | NC | NC |
| 10/20/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re settlement demand | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/20/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re 10/20/17 status conference | MRD | Amanda Decker | $275.00 | $27.50 |
| 10/23/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re demand and document production | MRD | Amanda Decker | $275.00 | $27.50 |
| 11/3/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re settlement demand | MRD | Amanda Decker | $275.00 | $27.50 |
| 11/14/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re 30b6 witness availabilty | MRD | Amanda Decker | $275.00 | $27.50 |
| 11/28/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re LiveVox Subpoena | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/1/2017 | 0.1 | CONTINGENCY | Email exchange with Leslie Handy re Initial Disclosures | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/8/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re possible dates for deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/14/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re objections to notice of deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/18/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Plaintiff's Deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/19/2017 | 0.4 | CONTINGENCY | Review proposed protective order | MRD | Amanda Decker | $275.00 | $110.00 |
| 12/19/2017 | 0.1 | CONTINGENCY | Reviewed email from Sean Flynn re discovery | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/19/2017 | 0.1 | CONTINGENCY | Email to Sean Flynn re protective order | MRD | Amanda Decker | $275.00 | $27.50 |
| 12/21/2017 | 0.5 | CONTINGENCY | Phone Call with Nate Read re LiveVox subpoena response and availability for deposition | MOB | Amanda Decker | $425.00 | $212.50 |
| 12/26/2017 | 0.1 | CONTINGENCY | Email exchange with Sean Flyyn re Deposition of Plaintiff | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/3/2018 | 0.1 | CONTINGENCY | Email exchange with LiveVox counsel re deposition availabilty | MOB | Amanda Decker | $425.00 | $42.50 |
| 1/4/2018 | 0.1 | CONTINGENCY | Email to Sean Flynn re possible telephonic deposition of Plaintiff | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/5/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re depositions dates | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/5/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Defendant's deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/8/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re objections to notice of deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/9/2018 | 2 | CONTINGENCY | Review Defedant's Discovery Responses and Send email to OC re meet and confer | MOB | Amanda Decker | $425.00 | $850.00 |
| 1/10/2018 | 0.6 | CONTINGENCY | Prepare for Status Hearing; Motion for Protective Order; Motion to Extend Discovery Deadline | MOB | Amanda Decker | $425.00 | $255.00 |
| 1/10/2018 | 0.1 | CONTINGENCY | Email to Sean Flynn re document production and court reporter for deposition | MRD | Amanda Decker | $275.00 | $27.50 |

| Date | Hours | Type | Description | Atty | Client | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/11/2018 | 0.2 | CONTINGENCY | Email to Sean Flynn re merits of case | MOB | Amanda Decker | $425.00 | $85.00 |
| 1/11/2018 | 0.2 | CONTINGENCY | Email to Sean Flynn re RPM deposition and meet and confer availability | MOB | Amanda Decker | $425.00 | $85.00 |
| 1/11/2018 | 2.3 | CONTINGENCY | Appear for Status Hearing; Motion to Extend Discovery; Motion for Protective Order | MOB | Amanda Decker | $425.00 | $977.50 |
| 1/11/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Deposition of Plaintiff | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/23/2018 | 0.1 | CONTINGENCY | Email exhange with Sean Flynn re Defendant's deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/25/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Plaintiff's Deposition | MOB | Amanda Decker | $425.00 | $42.50 |
| 1/25/2018 | 0.1 | CONTINGENCY | Email to Sean Flynn re Plaintiff's Deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 1/29/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re available dates for corporate deposition and experts | MRD | Amanda Decker | $275.00 | $27.50 |
| 2/2/2018 | 0.6 | CONTINGENCY | Prepare Contested Status Report on Expert Discovery and Dispositive Motions | MOB | Amanda Decker | $425.00 | $255.00 |
| 2/2/2018 | 0.3 | CONTINGENCY | Meet and Confer with Sean Flynn re Expert Discovery and Dispositive Motions | MOB | Amanda Decker | $425.00 | $127.50 |
| 2/5/2018 | 0.1 | CONTINGENCY | Email to Sean Flynn with Seconded Amended Notice of Deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 2/6/2018 | 3 | CONTINGENCY | Appear for Plaintiff's Deposition | MRD | Amanda Decker | $275.00 | $825.00 |
| 2/6/2018 | 1.5 | CONTINGENCY | Review LiveVox Production and Prepare Email to its Counsel re Deposition Alternatives | MOB | Amanda Decker | $425.00 | $637.50 |
| 2/6/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Deposition of RPM | MOB | Amanda Decker | $425.00 | $42.50 |
| 2/8/2018 | 0.3 | CONTINGENCY | Phone call with Nate Read re LiveVox deposition | MOB | Amanda Decker | $425.00 | $127.50 |
| 2/8/2018 | 0.2 | CONTINGENCY | Review email response from LiveVox counsel re declaration needed to avoid deposition | MOB | Amanda Decker | $425.00 | $85.00 |
| 2/9/2018 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re objections to notice of deposition | MRD | Amanda Decker | $275.00 | $27.50 |
| 2/13/2018 | 6.9 | CONTINGENCY | Prepare for RPM Deposition | MOB | Amanda Decker | $425.00 | $2,932.50 |
| 2/14/2018 | 2.1 | CONTINGENCY | Prepare for RPM Deposition | MOB | Amanda Decker | $425.00 | $892.50 |
| 2/14/2018 | 2.8 | CONTINGENCY | Appear for RPM Deposition | MOB | Amanda Decker | $425.00 | $1,190.00 |
| 2/14/2018 | 0.1 | CONTINGENCY | Email exchange with Nathaniel P.T. Read re depositions | MRD | Amanda Decker | $275.00 | $27.50 |
| 2/15/2018 | 3 | CONTINGENCY | Prepare Motion to Extend Discovery and Compel | MOB | Amanda Decker | $425.00 | $1,275.00 |
| 2/15/2018 | 0.2 | CONTINGENCY | Email to Daniel Mckenna re LiveVox Dep in O'Connor | MOB | Amanda Decker | $425.00 | $85.00 |
| 2/16/2018 | 5.8 | CONTINGENCY | Prepare Motion to Compel and Extend Discovery | MOB | Amanda Decker | $425.00 | $2,465.00 |
| 2/20/2018 | 0.2 | CONTINGENCY | Email to Sean Flynn re rescheduling 2.22.18 hearing per defense counsel | MOB | Amanda Decker | $425.00 | $85.00 |
| 3/6/2018 | 0.4 | CONTINGENCY | Review and analyze Defendant's response to Motion to Compel | MOB | Amanda Decker | $425.00 | $170.00 |
| 3/12/2018 | 0.2 | CONTINGENCY | Review court's Order on Motion to Compel | MOB | Amanda Decker | $425.00 | $85.00 |
| 3/14/2018 | 0.2 | CONTINGENCY | Review Court's 3.10.18 Order and prepare emial to SEan Flynn re available dates | MOB | Amanda Decker | $425.00 | $85.00 |
| 3/15/2018 | 0.3 | CONTINGENCY | Phone call with Sean Flynn re RPM Deposition and Potential Settlement | MOB | Amanda Decker | $425.00 | $127.50 |
| 3/22/2018 | 0.3 | CONTINGENCY | Email exchange with LiveVox counsel re declaration | MOB | Amanda Decker | $425.00 | $127.50 |
| 3/28/2018 | 0.5 | CONTINGENCY | Phone call with Randall Snyder | MOB | Amanda Decker | $425.00 | $212.50 |
| 3/28/2018 | 0.3 | CONTINGENCY | Email exchange with Randall Snyder re expert report due 4.16.18 | MOB | Amanda Decker | $425.00 | $127.50 |
| 4/3/2018 | 2 | CONTINGENCY | Prepare Motion to Compel and Email to Sean Flynn | MOB | Amanda Decker | $425.00 | $850.00 |
| 4/4/2018 | 0.2 | CONTINGENCY | Email to Sean Flynn re expert discovery deadlines and RPM availability for deposition | MOB | Amanda Decker | $425.00 | $85.00 |
| 4/6/2018 | 0.2 | CONTINGENCY | Reviewed email from Sean Flynn re expert discovery deadlines and RPM's continued deposition | MOB | Amanda Decker | $425.00 | $85.00 |
| 4/9/2018 | 1.4 | CONTINGENCY | Prepare Motion to Vacate Expert Discovery Deadlines and Circulate to Defense Counsel | MOB | Amanda Decker | $425.00 | $595.00 |
| 4/9/2018 | 0.1 | CONTINGENCY | Email to Sean Flynn re document production | MRD | Amanda Decker | $275.00 | $27.50 |
| 4/10/2018 | 0.4 | CONTINGENCY | Revise Unopposed Motion to Vacate Discovery Deadlines after Conferring with Sean Flynn | MOB | Amanda Decker | $425.00 | $170.00 |
| 5/2/2018 | 1.8 | CONTINGENCY | Review and analyze Defendant's Motion for Summary Judgment | MOB | Amanda Decker | $425.00 | $765.00 |
| 5/9/2018 | 1.4 | CONTINGENCY | Prepare for Status Hearing and Review Defendant's MSJ | MOB | Amanda Decker | $425.00 | $595.00 |
| 5/24/2018 | 4.6 | CONTINGENCY | Prepare for RPM Continued Deposition | MOB | Amanda Decker | $425.00 | $1,955.00 |
| 5/25/2018 | 5.1 | CONTINGENCY | Appear and Take RPM's Deposition | MOB | Amanda Decker | $425.00 | $2,167.50 |
| 7/11/2018 | 6.4 | CONTINGENCY | Prepare Response to Defendant's Statement of Material Facts | MOB | Amanda Decker | $425.00 | $2,720.00 |
| 7/12/2018 | 7.3 | CONTINGENCY | Prepare Response to Statement of Material Facts | MOB | Amanda Decker | $425.00 | $3,102.50 |
| 7/13/2018 | 8.1 | CONTINGENCY | Prepare Response to Motion for Summary Judgment | MOB | Amanda Decker | $425.00 | $3,442.50 |
| 7/16/2018 | 7.8 | CONTINGENCY | Prepare Response to Motion for Summary Judgment | MOB | Amanda Decker | $425.00 | $3,315.00 |
| 7/30/2018 | 0.7 | CONTINGENCY | Review and analyze Defendant's Reply in Support of Motion for Summary Judgment | MOB | Amanda Decker | $425.00 | $297.50 |
| 3/25/2019 | 0.3 | CONTINGENCY | Phone call with defense counsel re trial date and interest in settlement | MOB | Amanda Decker | $425.00 | $127.50 |
| 3/26/2019 | 2 | CONTINGENCY | Appear for Status Hearing | MOB | Amanda Decker | $425.00 | $850.00 |
| 4/3/2019 | 1 | CONTINGENCY | Prepare settlement demand to defendant | MOB | Amanda Decker | $425.00 | $425.00 |
| 4/3/2019 | 0.4 | CONTINGENCY | Phone call with client re settlement | MOB | Amanda Decker | $425.00 | $170.00 |
| 4/3/2019 | 0.1 | CONTINGENCY | Email exchange with Sean Flynn re Plaintiff's Demand | MOB | Amanda Decker | $425.00 | $42.50 |
| 5/14/2019 | 2 | CONTINGENCY | Appear for Status Hearing | MOB | Amanda Decker | $425.00 | $850.00 |
| 6/14/2019 | 1.6 | CONTINGENCY | Prepared Timesheet and Submit to Sean Flynn (settlement efforts) | MOB | Amanda Decker | $425.00 | $680.00 |
| 7/12/2019 | 0.5 | CONTINGENCY | Phone call with Sean Flynn re: validity of the acceptance of the offer of judgment | MOB | Amanda Decker | $425.00 | $212.50 |

| Date | Hours | Type | Description | Atty | Timekeeper | Rate | Total |
|---|---|---|---|---|---|---|---|
| 7/12/2019 | 0.3 | CONTINGENCY | Prepare email to Sean Flynn re: validity of the acceptance of the offer of judgment | MOB | Amanda Decker | $425.00 | $127.50 |
| 7/12/2019 | 1.3 | CONTINGENCY | Case law research on offers of judgment and proper acceptance | MOB | Amanda Decker | $425.00 | $552.50 |
| 7/16/2019 | 0.9 | CONTINGENCY | Prepare Notice of Acceptance and Related Document for Filing | MOB | Amanda Decker | $425.00 | $382.50 |
| 7/16/2019 | 3.3 | CONTINGENCY | Prepare Motion for Entry of Judgment (after defendant challenged the validity of the acceptance of judgment) | MOB | Amanda Decker | $425.00 | $1,402.50 |
| 7/23/2019 | 0.4 | CONTINGENCY | Review Defendant's proposed judgment order | MOB | Amanda Decker | $425.00 | $170.00 |
| 7/23/2019 | 0.6 | CONTINGENCY | Prepare Plaintiff's proposed judgment order (Plaintiff's version) | MOB | Amanda Decker | $425.00 | $255.00 |
| 7/23/2019 | 0.1 | CONTINGENCY | Email to Sean Flynn re: proposed judgment order | MOB | Amanda Decker | $425.00 | $42.50 |
| 8/2/2019 | 0.1 | CONTINGENCY | Email to Sean Flynn re: meet and confer pertaining to Local Rule 54.3 (fee petitions) | MOB | Amanda Decker | $425.00 | $42.50 |
| 8/6/2018 | 0.5 | CONTINGENCY | Conference call with Sean Flynn re: deadlines prescribed by Local Rule 54.3 | MOB | Amanda Decker | $425.00 | $212.50 |
| 8/7/2019 | 0.3 | CONTINGENCY | Email exchange with Sean Flynn re: agreed deadlines pertaining to Local Rule 54.3 | MOB | Amanda Decker | $425.00 | $127.50 |
| 8/12/2019 | 1.8 | CONTINGENCY | Prepare time records submission pursuant to Local Rule 54.3 | MOB | Amanda Decker | $425.00 | $765.00 |
| 8/15/2019 | 0.3 | CONTINGENCY | Cursory review of Defendant's billing records | MOB | Amanda Decker | $425.00 | $127.50 |
| 8/15/2019 | 0.1 | CONTINGENCY | Email to defense counsel re: deficiency in production of billing records | MOB | Amanda Decker | $425.00 | $42.50 |
| 8/20/2019 | 0.3 | CONTINGENCY | Phone call with Sean Flynn re: fee petitions and prospect of settlement | MOB | Amanda Decker | $425.00 | $127.50 |
| 8/21/2019 | 0.2 | CONTINGENCY | Email to Sean Flynn re: outstanding insurance policy | MOB | Amanda Decker | $425.00 | $85.00 |
| 9/4/2019 | 1.2 | CONTINGENCY | Case law research on ICFA attorney's fees to prevailing party | MOB | Amanda Decker | $425.00 | $510.00 |
| 9/4/2019 | 1.8 | CONTINGENCY | Prepare Ccorrespondence to Defense Counsel re: Opposition to Defendant's Fee Petition | MOB | Amanda Decker | $425.00 | $765.00 |
| 9/4/2019 | 0.5 | CONTINGENCY | Review Defendant's LR 54.3d(5) production | MOB | Amanda Decker | $425.00 | $212.50 |
| 9/4/2019 | 0.2 | CONTINGENCY | Phone call with Sean Flynn re: LR 54.3d(5) exchange | MOB | Amanda Decker | $425.00 | $85.00 |
| 9/20/2019 | 1.2 | CONTINGENCY | Research case law on Rule 54 costs when both parties prevailed on some counts | MOB | Amanda Decker | $425.00 | $510.00 |
| 9/25/2019 | 0.1 | CONTINGENCY | Email to defense counsel re: settlement | MOB | Amanda Decker | $425.00 | $42.50 |
| 9/27/2019 | 0.2 | CONTINGENCY | Phone call with Sean Flynn re: settlement and fee petition deadlines | MOB | Amanda Decker | $425.00 | $85.00 |
| 9/30/2019 | 5.3 | CONTINGENCY | Prepare Response to Defendant's Bill of Costs | MOB | Amanda Decker | $425.00 | $2,252.50 |
| 10/10/2019 | 0.2 | CONTINGENCY | Review Local Rule 54.3(e) re: joint statement | MOB | Amanda Decker | $425.00 | $85.00 |
| 10/10/2019 | 2.3 | CONTINGENCY | Prepare Draft of Local Rule 54.3 Joint Statement | MOB | Amanda Decker | $425.00 | $977.50 |
| | 138.8 | | | | | | $54,420.00 |

**Attorney Breakdown**

| Attorney | Hours | Fees |
|---|---|---|
| Mohammed Badwan (MOB) | 112 | $47,600.00 |
| Marwan Daher (MRD) | 24.8 | $6,820.00 |
| Nathan Volheim (NCV) | NC | NC |
| **Total** | **136.8** | **$54,420.00** |

**Expenses**

| Date | Description | Cost |
|---|---|---|
| 5/31/2017 | Filing Fee | $400.00 |
| 6/11/2017 | Service of Summons | $49.00 |
| 2/23/2018 | Ecoscribe Transcript | $1,203.46 |
| 7/4/2018 | Ecoscribe Transcript | $1,328.00 |
| 8/29/2018 | Veritext Transcript | $751.15 |
| | | **$3,731.61** |